**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   MAY 24 2017   ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

SHEILA McDERMOTT, individually, and on behalf
of all others similarly situated,

                                        Plaintiff,

            -against-

BETHPAGE FEDERAL CREDIT UNION, and DOES
1-10,

                                        Defendants.

-------------------------------------------------------------------X

Docket No. 15CV5922-JFB-AYS

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO DEFENDANT BETHPAGE FEDERAL CREDIT UNION'S COUNTERCLAIM

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Defendant Bethpage Federal Credit Union, on account of the parties having reached a resolution, hereby voluntarily dismisses its counterclaims in the above-captioned matter, with prejudice, against Plaintiff Sheila McDermott. Plaintiff has neither answered Defendant's counterclaims, nor filed a motion for summary judgment

Dated:  February 17, 2017
            New York, New York

Respectfully submitted,

 /s/ Stuart M. Richter
Stuart M. Richter (admitted *pro hac vice*)
Andrew J. Demko (admitted *pro hac vice*)
KATTEN MUCHIN ROSENMAN LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
Ph.: (310) 788-4400
Fax: (310) 788-4471
Email: stuart.richter@kattenlaw.com
Email: andrew.demko@kattenlaw.com

Evan H. Krinick
Michael P. Versichelli
RIVKIN RADLER LLP
926 RXR Plaza
Uniondale, New York 11556-0926

Case 2:15-cv-05922-JFB-AYS   Document 31   Filed 05/24/17   Page 2 of 2 PageID #:
Case 2:15-cv-05922-JFB-AYS   Document 32   Filed 02/17/17   Page 2 of 2 PageID #: 766
768

Ph.: (516) 357-3000
Fax: (516) 357-3333
Email: evan.krinick@rivkin.com
Email: michael.versichelli@rickin.com

*Counsel for Defendant Bethpage Federal
Credit Union*

The Clerk of the Court shall close the case.

SO ORDERED

_____
Joseph F. Bianco
USDJ

Date: May 24 20 17
Central Islip, N.Y.

2